UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. __24-1900__    Caption: Baby Doe v. Joshua Mast

Defendants-Appellants

(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Sealed appendix volume

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   Local Circuit Rule 25 requires appendix volume reproducing documents undear seal in the lower court to remain under seal.

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

5. (For SEALED APPENDIX)  Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS)  Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☐ Yes

## CERTIFICATE OF SERVICE

I certify that on  __11/12/2024__  the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below.  Service may be made by direct email or other electronic means with the prior written consent of the party to be served.  <u>In consolidated criminal cases</u>, identify which sealed appendix volumes were served on each party or attorney.

Maya M. Eckstein                                   meckstein@hunton.com
Kevin S. Elliker                                        kelliker@huntonak.com
Lewis F. Powell, III                                 lpowell@hunton.com
HUNTON ANDREWS KURTH, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074


__/s/ John S. Moran__                              __11/12/24__
        Signature                                              Date