UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1900
(3:22-cv-00049-RSB-JCH)

_____

BABY DOE, A citizen of Afghanistan currently residing in North Carolina, by and through Next Friends, John and Jane Doe; JOHN DOE, citizen of Afghanistan and legal guardian of Baby Doe; JANE DOE, citizen of Afghanistan and legal guardian of Baby Doe

      Plaintiffs - Appellees

v.

JOSHUA MAST; STEPHANIE MAST; RICHARD MAST

      Defendants - Appellants

and

KIMBERLEY MOTLEY; AHMAD OSMANI; UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, Nominal Defendant; UNITED STATES SECRETARY OF DEFENSE GENERAL LLOYD AUSTIN, Nominal Defendant

      Defendants

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places

appendix volume number II under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk