# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| John and Jane Doe,<br>    *Plaintiffs-Appellees*,<br><br>v.<br><br>Joshua Mast, Stephanie Mast, and Richard Mast,<br>    *Defendants-Appellants*. | No. 24-1900 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 27 and Fourth Circuit Local Rule 31(c), Plaintiffs-Appellees John Doe and Jane Doe[1] respectfully request a 21-day extension of time to January 2, 2025, to file their responsive brief in this matter. In support of the Motion, Appellees state as follows:

1. This appeal involves Appellants' challenge to a protective order "the district court issued more than two years ago on September 13, 2022." Dkt. 15 at 7.

2. The Court docketed Appellants' interlocutory appeal on September 18, 2024. Dkt. 1. Appellants filed their opening brief on November 12. Under the Court's scheduling order, Appellees' response is due December 12. Dkt. 11.

---

[1] The District Court dismissed Plaintiff Baby Doe from the underlying case on July 24, 2024. ECF No. 455.

3.     Undersigned counsel have worked diligently to prepare the responsive brief as well as an anticipated motion to dismiss for lack of jurisdiction. At the same time, counsel have been engaged in a number of other matters with competing demands and deadlines, including expedited expert depositions, briefing, and hearings on a complex antitrust matter in the Eastern District of Virginia; preparing and filing a brief in support of mandamus as a court-appointed counsel before this Court; initiating review of an administrative proceeding in the Eleventh Circuit; preparing responsive briefing in the District of Oregon; and preparing a colleague for a U.S. Supreme Court oral argument set for December 11. A modest extension in this case would permit counsel sufficient time to prepare Appellees' responding brief while also attending to these other matters.

4.     This is Appellees' first request for an extension of time.

5.     Undersigned counsel has conferred with counsel for Appellants, who indicate that they do not oppose the requested extension. Moreover, no party is prejudiced by the extension as proceedings in the District Court have not been stayed pending this appeal.

//

//

//

//

Therefore, Appellees respectfully request a 21-day extension of time to file their responding brief in this case to January 2, 2025.

December 5, 2024

Respectfully submitted,

*/s/ Kevin S. Elliker*
Kevin S. Elliker
Maya M. Eckstein
Lewis F. Powell, III
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA 23219
(804) 788-8656
kelliker@HuntonAK.com
meckstein@HuntonAK.com
lpowell@HuntonAK.com

*Counsel for Appellees*