# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 3, 2025

_____

RESPONSE REQUESTED

_____

No. 24-1900,   Baby Doe v. Joshua Mast
              3:22-cv-00049-RSB-JCH

TO:    Stephanie Mast
        Joshua Mast
        Richard Mast

RESPONSE DUE: 01/13/2025

Response is required to the motion to dismiss on or before 01/13/2025.

Rachel Phillips, Deputy Clerk
804-916-2702