# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 23, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 24-1900,   <u>Baby Doe v. Joshua Mast</u>
3:22-cv-00049-RSB-JCH

TO:
Stephanie Mast
Joshua Mast
Richard Mast

FILING CORRECTION DUE:  January 28, 2025

Please make the correction identified below and file a corrected document by the date indicated.

[ XX ] Incorrect event used. Please refile document using BRIEF entry and selecting "reply" from the dropdown menu.

Rachel Phillips, Deputy Clerk
804-916-2702