UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1900
(3:22-cv-00049-RSB-JCH)

_____

BABY DOE, A citizen of Afghanistan currently residing in North Carolina, by and through Next Friends, John and Jane Doe; JOHN DOE, citizen of Afghanistan and legal guardian of Baby Doe; JANE DOE, citizen of Afghanistan and legal guardian of Baby Doe

   Plaintiffs - Appellees

v.

JOSHUA MAST; STEPHANIE MAST; RICHARD MAST

   Defendants - Appellants

 and

KIMBERLEY MOTLEY; AHMAD OSMANI; UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, Nominal Defendant; UNITED STATES SECRETARY OF DEFENSE GENERAL LLOYD AUSTIN, Nominal Defendant

   Defendants

_____

O R D E R
_____

Upon consideration of the submissions relative to appellees' motion to dismiss the appeal, the court defers ruling on the the motion pending assignment of the case to a panel for review.

                              For the Court

                              /s/ Nwamaka Anowi, Clerk