# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 9, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 24-1900,     Baby Doe v. Joshua Mast
                 3:22-cv-00049-RSB-JCH

TO:     Jane Doe
        John Doe
        Stephanie Mast
        Joshua Mast
        Richard Mast

RESPONSE DUE: 06/12/2025

Response is required to the notice requesting information regarding similar cases on or before 06/12/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Rachel Phillips, Deputy Clerk
804-916-2702