# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: No. 24-1900    Date of Oral Argument: 09/10/25

Caption: Doe v. Mast

Attorney Arguing: Kevin S. Elliker

Arguing on Behalf of (party name):
John and Jane Doe

Select party type:
☐ Appellant  ☑ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
 →20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
 →Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Kevin S. Elliker
Phone Number (day of argument): 804-788-8656

Principal Argument Time: 20    Rebuttal Argument Time (if any):
(for appellants and appellees)    (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:    Rebuttal Argument Time (if any):
(for appellants and appellees)    (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:    Select one of the following: ☐ Order allowing argument time
  ☐ Court-Appointed Amicus

Signature: /s/ Kevin S. Elliker    Date: 07/10/25