# HUNTON

HUNTON ANDREWS KURTH LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VIRGINIA 23219-4074

TEL   804 • 788 • 8200
FAX   804 • 788 • 8218

KEVIN S. ELLIKER
DIRECT DIAL: 804 • 788 • 8656
EMAIL: kelliker@HuntonAK.com

July 17, 2025

**Via CM/ECF**

Nwamaka Anowi, Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

Re:     *Doe v. Mast*, No. 24-1900 (argument scheduled Sept. 10, 2025)
        Citation of Supplemental Authority under Fed. R. App. P. 28(j)

Dear Ms. Anowi,

Appellees John and Jane Doe write to draw the Court's attention to the applicability of its recent decision in *Kale v. Alfonso-Royals*, 139 F.4th 329 (4th Cir. 2025), to this case.  In *Kale*, the Court observed:  "We cannot proceed to the merits of any case before determining that we have jurisdiction.  Even in situations featuring difficult jurisdictional questions, we cannot 'assume' jurisdiction to instead resolve easier merits issues."  *Id.* at 334–35 (citation omitted).  In that regard, the Court rejected the notion of exercising "hypothetical jurisdiction" as "foreclosed" by Supreme Court precedent.  *Id.* at 335 n.2 (citing *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 9395 (1998)).

*Kale* answers Appellants' call for the Court to "proceed[] on the merits" of their appeal before resolving its jurisdiction over the appeal itself.  Appellants' Resp. to Mot. to Dismiss (Doc. 25), at 10; *see also* Appellees' Reply in Supp. of Mot. to Dismiss (Doc. 26), at 4 n.2 (also responding to this argument).  To be sure, Appellees submit that neither the jurisdictional nor merits questions in this appeal are ultimately difficult, but in any event *Kale* requires the Court to resolve the former before proceeding to the latter.  That analysis shows the Court lacks jurisdiction over Appellants' appeal, so the Court should grant Appellees' Motion to Dismiss.

Respectfully submitted,

*Kevin S. Elliker*

Kevin S. Elliker

cc:     Counsel of Record (via CM/ECF)

Attachment

ATLANTA  AUSTIN  BANGKOK  BEIJING  BOSTON  BRUSSELS  CHARLOTTE  DALLAS  DUBAI  HOUSTON
LONDON  LOS ANGELES  MIAMI  NEW YORK  RICHMOND  SAN FRANCISCO  TOKYO  TYSONS  WASHINGTON, DC
www.Hunton.com