# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 18, 2025

_____

## ORAL ARGUMENT ACKNOWLEDGMENT
## FOLLOW-UP NOTICE

_____

No. 24-1900,   Baby Doe v. Joshua Mast
                    3:22-cv-00049-RSB-JCH

DUE: July 21, 2025

Counsel for **appellant(s)** must file an **oral argument acknowledgement form** by the due date shown above. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

                                                /s/ NWAMAKA ANOWI, CLERK