# HUNTON

HUNTON ANDREWS KURTH LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VIRGINIA 23219-4074

TEL   804 • 788 • 8200
FAX   804 • 788 • 8218

KEVIN S. ELLIKER
DIRECT DIAL: 804 • 788 • 8656
EMAIL: kelliker@hunton.com

February 16, 2026

The Honorable Nwamaka Anowi
Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Re:   Appellees' Response Under Fed. R. App. P. 28(j)
      *Doe v. Mast*, No. 24-1900

Dear Ms. Anowi:

Appellees respectfully submit this response to Appellants' Rule 28(j) letter. Doc.50.

The Virginia Supreme Court's recent decision has no bearing on the matters before this Court: (1) the district court's entry of a Protective Order to safeguard Appellees' identities during ongoing litigation; and (2) this Court's jurisdiction to review Appellants' interlocutory challenge to that Protective Order. Both turn on federal law, not developments in a state-court proceeding. Appellants' attempt to import that decision here is beside the point.

Equally misplaced is Appellants' refrain that the Protective Order has chilled their speech. In briefing to this Court, Appellants portrayed themselves as silenced by uncertainty and the threat of sanctions. Yet within weeks of completing that briefing, they participated in marathon public interviews broadcast worldwide, offering extensive commentary on the dispute and their version of events.[1] That is not what chilled speech looks like.

Appellants' citation to a recent AP story underscores the point. There, Appellants' counsel declined to comment not because of the Protective Order, but due to "an order from the *circuit court*"—the Fluvanna County court—"not to discuss the details of the case publicly." That state-court directive, entered sua sponte, is far broader than the Protective Order at issue here. *See* Encl. at 4. Pointing this Court to the narrowly tailored Protective Order as the source of

---

[1] *See* Shawn Ryan Show, *Joshua Mast - U.S. Marine's Message to President Donald Trump* (Feb. 21, 2025), https://www.youtube.com/watch?v=A4BokmLYwHc (viewed 672,968 times as of Feb. 16, 2026); Glenn Beck, *URGENT: Save 'Baby Sparrow' from the Taliban* (Feb. 18, 2025), https://www.youtube.com/watch?v=rM1VDNPi6-o&t=2439s (viewed 180,160 times as of Feb. 16, 2026).

# HUNTON

Nwamaka Anowi
February 16, 2026
Page 2

their restraint, while attributing their silence in the media to the Fluvanna court's order, is difficult to reconcile.[2]

Appellants' 28(j) submission tries to convert state-court developments into support for a matter governed by federal law. It does not advance the analysis. And Appellants' own post-briefing conduct confirms that whatever silence they selectively invoke has not been imposed by the Protective Order.

Sincerely,

*Kevin S. Elliker*
Kevin S. Elliker

Enclosure: Order, *A.A. v. J.M.*, Case No. CL 22-186 (Fluvanna Cnty. Cir. Ct. Apr. 1, 2024)

cc:　　Counsel of Record (via CM/ECF)

---

[2] It is equally difficult to reconcile Appellants' February 2025 media tour with the Fluvanna order, but that difficulty need not concern this Court.