FILED: April 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1900
(3:22-cv-00049-RSB-JCH)

_____

BABY DOE, A citizen of Afghanistan currently residing in North Carolina, by
and through Next Friends, John and Jane Doe; JOHN DOE, citizen of Afghanistan
and legal guardian of Baby Doe; JANE DOE, citizen of Afghanistan and legal
guardian of Baby Doe

          Plaintiffs - Appellees

v.

JOSHUA MAST; STEPHANIE MAST; RICHARD MAST

          Defendants - Appellants

 and

KIMBERLEY MOTLEY; AHMAD OSMANI; UNITED STATES SECRETARY
OF STATE MARCO RUBIO, Nominal Defendant; UNITED STATES
SECRETARY OF DEFENSE PETE HEGSETH, Nominal Defendant

          Defendants

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district

court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK