**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 7, 2026

_____

RESPONSE REQUESTED

_____

No.   24-1900,        Baby Doe v. Joshua Mast
                      3:22-cv-00049-RSB-JCH

TO:    Jane Doe, Baby Doe, John Doe

RESPONSE DUE: **May 18, 2026**

Please respond to the petition for rehearing on or before May 18, 2026. The
response may not exceed 3900 words.

R. Phillips, Deputy Clerk
804-916-2702