FILED: May 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1900
(3:22-cv-00049-RSB-JCH)

---

BABY DOE, A citizen of Afghanistan currently residing in North Carolina, by and through Next Friends, John and Jane Doe; JOHN DOE, citizen of Afghanistan and legal guardian of Baby Doe; JANE DOE, citizen of Afghanistan and legal guardian of Baby Doe

Plaintiffs - Appellees

v.

JOSHUA MAST; STEPHANIE MAST; RICHARD MAST

Defendants - Appellants

and

KIMBERLEY MOTLEY; AHMAD OSMANI; UNITED STATES SECRETARY OF STATE MARCO RUBIO, Nominal Defendant; UNITED STATES SECRETARY OF DEFENSE PETE HEGSETH, Nominal Defendant

Defendants

---

M A N D A T E

---

The judgment of this court, entered April 22, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*